# Court of Appeals
# of the State of Georgia

ATLANTA,  August 17, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0053. IN THE INTEREST OF S. Z., A CHILD (FATHER).**

Edward Ball filed this direct appeal of the juvenile court's orders terminating his parental rights in the minor child S. Z. and denying his motion for new trial. However, a party must file an application for discretionary review in order to seek an appeal regarding the termination of parental rights. See OCGA § 5-6-35 (a) (12), (b); *In the Interest of B. R. F.*, 299 Ga. 294, 296 (788 SE2d 416) (2016). "Compliance with the discretionary appeals procedure is jurisdictional." *Booker v. Ga. Dept. of Human Resources*, 317 Ga. App. 426, 427 (731 SE2d 110) (2012) (punctuation omitted). Thus, Ball's failure to file a discretionary application deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/17/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*